UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,                      Case No. 2:06-cr-23

v.                                      HON. ROBERT HOLMES BELL

MATTHEW LOUIS LaFLEUR,

        Defendant.
                                         /

**REPORT AND RECOMMENDATION**

        Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on October 30, 2006, after receiving the written consent of defendant and all counsel. At the hearing, defendant MATTHEW LOUIS LaFLEUR entered a plea of guilty to Count 1 of the Indictment, charging defendant with Receipt of Child Pornography in violation of 18:2252A(a)(2)(A), in exchange for the undertakings made by the government in the written plea agreement. On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant understands the nature of the charge and penalties provided by law; and that the plea has a sufficient basis in fact.

        I therefore recommend that defendant's plea of guilty to Count 1 of the Indictment be accepted, that the court adjudicate defendant guilty, and that the written plea agreement be

considered for acceptance at the time of sentencing.  It is further recommended that the order setting conditions of defendant's release remain in effect until **January 2, 2007,** at which time defendant shall self-surrender at the direction of Pretrial Services.  Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, determination of defendant's status pending sentencing, and imposition of sentence are specifically reserved for the district judge.

Date: October 31, 2006                  /s/ Timothy P. Greeley
                                              TIMOTHY P. GREELEY
                                              United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than ten days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).