UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MATTHEW LOUIS LaFLEUR,

    Defendant.
_____/

Case No. 2:06-cr-23

HON. ROBERT HOLMES BELL

## ORDER OF DETENTION

    Defendant appeared before the undersigned on April 2, 2015, for an initial appearance on a warrant issued for defendant relative to a Petition for Warrant or Summons for Offender Under Supervision (docket #61), dated March 27, 2015, alleging a violation of the defendant's conditions of supervised release.  At that time, defendant waived his right to a preliminary hearing and requested time to confer with counsel to determine whether or not he would request a revocation hearing. Accordingly, defendant reserves the right to request a hearing at a later date.  Defendant will be detained pending further proceedings.

    IT IS SO ORDERED.

Date:  April 30, 2015

    /s/ Timothy P. Greeley
    TIMOTHY P. GREELEY
    United States Magistrate Judge